# EXHIBIT A

 CT Corporation

**Service of Process Transmittal**
06/10/2019
CT Log Number 535648817

TO: Richard Vellanoweth
Allstate Insurance Company
21950 Copley Dr Fl 1, Diamond Bar McO
Diamond Bar, CA 91765-4461

RE: **Process Served in California**

FOR: Allstate Insurance Company  (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Ahmad Elhan, Pltf. vs. Allstate Insurance Company, et al., Dfts. |
| **DOCUMENT(S) SERVED:** | NOTICE(S) AND ACKNOWLEDGMENT, SUMMONS, COVER SHEET, ATTACHMENT(S), COMPLAINT |
| **COURT/AGENCY:** | Los Angeles County - Superior Court - Commonwealth Ave., CA<br>Case # 19GDCV00731 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 06/10/2019 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 calendar after this summons and legal papers are served on you (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Richard J. Foster<br>Law Office of Richard J. Foster<br>500 E. Pacific Coast Hwy Suite 210A<br>Seal Beach, CA 90740<br>562-598-9200 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/11/2019, Expected Purge Date: 06/16/2019<br><br>Image SOP<br><br>Email Notification,  Mary Kennedy  chmdp@allstate.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Page 1 of  1 / AZ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**EXHIBIT A TO MCLAUGHLIN DECL. - PAGE 3**

Richard J. Foster
Law Office of Richard J. Foster
500 E. Pacific Coast Highway  210A
Seal Beach, CA 90740



C T Corporation System
818 West Seventh Street Suite 930
Los Angeles, California 90017

POS-015

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):* Richard J. Foster (SBN: 100710)<br>LAW OFFICE OF RICHARD J. FOSTER<br>500 E. Pacific Coast Highway, Suite 210-A<br>Seal Beach, CA 90740<br><br>TELEPHONE NO.: 562-598-9200    FAX NO. *(Optional):* 562-598-9212<br>E-MAIL ADDRESS *(Optional):* foster@fosterlawandsports.com<br>ATTORNEY FOR *(Name):* Ahmad Elhan | **FOR COURT USE ONLY** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 600 East Broadway
MAILING ADDRESS: " "
CITY AND ZIP CODE: Glendale, CA 91206
BRANCH NAME: Glendale Courthouse

PLAINTIFF/PETITIONER: Ahmad Elhan

DEFENDANT/RESPONDENT: Allstate Insurance Company

| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>19GDCV00731 |
|---|---|

TO *(insert name of party being served):* Allstate Insurance Company

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: June 5, 2019

Richard J. Foster
(TYPE OR PRINT NAME)                              (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*
1. [✓] A copy of the summons and of the complaint.
2. [✓] Other *(specify):*
   Civil Case Cover Sheet; ADR Information Package; Notice of Case Assignment

*(To be completed by recipient):*

Date this form is signed:

_____            ▶ _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,            (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)            ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |

**EXHIBIT A TO MCLAUGHLIN DECL. - PAGE 5**

Case 2:19-cv-05961-RGK-JC Document 1-2 Filed 07/10/19 Page 5 of 29 Page ID #:13

Electronically FILED by Superior Court of California, County of Los Angeles on 06/04/2019 01:56 PM Sherri R. Carter, Executive Officer/Clerk of Court, by S. Alarcon, Deputy Clerk
19GDCV00731

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Allstate Insurance Company, DOES 1 TO 10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Ahmad Elhan

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

The name and address of the court is: Glendale Courthouse
*(El nombre y dirección de la corte es):*

| | CASE NUMBER:<br>*(Número del Caso):* |
|---|---|
| 600 East Broadway<br>Glendale, CA 91206 | 19GDCV00731 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Richard J. Foster, 500 E. Pacific Coast Hwy Suite 210A, Seal Beach, CA 90740

| DATE:<br>*(Fecha)* | 06/04/2019 | Clerk, by<br>*(Secretario)* | Sherri R. Carter Executive Officer / Clerk of Court<br>S. Alarcon | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)        ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|

Case 2:19-cv-09061-RGK-JC Document 1-2 Filed 07/10/19 Page 6 of 29 Page ID #:14

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Richard J. Foster (SBN: 100710)<br>Law Offices of Richard J. Foster<br>500 E. Pacific Coast Hwy Suite 210A<br>Seal Beach, CA 90740 | |

TELEPHONE NO.: 562-598-9200    FAX NO.: 562-598-9219

ATTORNEY FOR *(Name):* Ahmad Elhan

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles

STREET ADDRESS: 600 E. Broadway

MAILING ADDRESS:

CITY AND ZIP CODE: Glendale, CA 91206

BRANCH NAME: Glendale Courthouse

CASE NAME:

Ahmad Elhan v. Allstate Insurance Company

| CIVIL CASE COVER SHEET<br>☑ Unlimited    ☐ Limited<br>(Amount        (Amount<br>demanded      demanded is<br>exceeds $25,000)   $25,000 or less) | Complex Case Designation<br>☐ Counter    ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br><br>JUDGE:<br><br>DEPT: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | ☐ Antitrust/Trade regulation (03) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property**<br>**Damage/Wrongful Death) Tort** | ☐ Other collections (09) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Insurance coverage (18) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | ☑ Other contract (37) | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | **Real Property** | ☐ Insurance coverage claims arising from the |
| ☐ Other PI/PD/WD (23) | ☐ Eminent domain/Inverse | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | condemnation (14) | types (41) |
| ☐ Business tort/unfair business practice (07) | ☐ Wrongful eviction (33) | **Enforcement of Judgment** |
| ☐ Civil rights (08) | ☐ Other real property (26) | ☐ Enforcement of judgment (20) |
| ☐ Defamation (13) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| ☐ Fraud (16) | ☐ Commercial (31) | ☐ RICO (27) |
| ☐ Intellectual property (19) | ☐ Residential (32) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Professional negligence (25) | ☐ Drugs (38) | **Miscellaneous Civil Petition** |
| ☐ Other non-PI/PD/WD tort (35) | **Judicial Review** | ☐ Partnership and corporate governance (21) |
| **Employment** | ☐ Asset forfeiture (05) | ☐ Other petition *(not specified above)* (43) |
| ☐ Wrongful termination (36) | ☐ Petition re: arbitration award (11) | |
| ☐ Other employment (15) | ☐ Writ of mandate (02) | |
| | ☐ Other judicial review (39) | |

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties    d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel    e. ☐ Coordination with related actions pending in one or more courts
       issues that will be time-consuming to resolve         in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence    f. ☐ Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify):* One
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: June 3, 2019

Richard J. Foster

_____    ▶ _____
(TYPE OR PRINT NAME)                         (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |
|---|---|---|

**EXHIBIT A TO MCLAUGHLIN DECL. - PAGE 7**

| SHORT TITLE: Elhan v. Allstate | CASE NUMBER |
|---|---|

# CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

| Applicable Reasons for Choosing Court Filing Location (Column C) |
|---|

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.

7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection, or personal injury).

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| Auto Tort | Auto (22) | ☐ A7100 Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| | Uninsured Motorist (46) | ☐ A7110 Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1, 4, 11 |
| Other Personal Injury/ Property Damage/Wrongful Death Tort | Asbestos (04) | ☐ A6070 Asbestos Property Damage | 1, 11 |
| | | ☐ A7221 Asbestos - Personal Injury/Wrongful Death | 1, 11 |
| | Product Liability (24) | ☐ A7260 Product Liability (not asbestos or toxic/environmental) | 1, 4, 11 |
| | Medical Malpractice (45) | ☐ A7210 Medical Malpractice - Physicians & Surgeons | 1, 4, 11 |
| | | ☐ A7240 Other Professional Health Care Malpractice | 1, 4, 11 |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250 Premises Liability (e.g., slip and fall) | 1, 4, 11 |
| | | ☐ A7230 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1, 4, 11 |
| | | ☐ A7270 Intentional Infliction of Emotional Distress | 1, 4, 11 |
| | | ☐ A7220 Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |

LACIV 109 (Rev 2/16)
LASC Approved 03-04

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

Local Rule 2.3
Page 1 of 4

**EXHIBIT A TO MCLAUGHLIN DECL. - PAGE 8**

| SHORT TITLE: Elhan v. Allstate | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1, 2, 3 |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ A6109  Labor Commissioner Appeals | 10 |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☑ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1, 2, 5 |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 5, 6, 11 |
| | | ☐ A6012  Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ A6034  Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11 |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1, 2, 5, 8 |
| | Other Contract (37) | ☐ A6009  Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ A6031  Tortious Interference | 1, 2, 3, 5 |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation      Number of parcels_____ | 2, 6 |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2, 6 |
| | | ☐ A6032  Quiet Title | 2, 6 |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2, 6, 11 |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2, 6, 11 |

LACIV 109 (Rev 2/16)  
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

Local Rule 2.3  
Page 2 of 4

EXHIBIT A TO MCLAUGHLIN DECL. - PAGE 9

| SHORT TITLE: Elhan v. Allstate | | CASE NUMBER |
|---|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2, 3, 6 |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2, 8 |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2 |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2 |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2, 8 |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1, 2, 8 |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort<br>Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment | 2, 5, 11 |
| | | ☐ A6160  Abstract of Judgment | 2, 6 |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2, 9 |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2, 8 |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1, 2, 8 |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1, 2, 8 |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2, 8 |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment | 2, 3, 9 |
| | | ☐ A6123  Workplace Harassment | 2, 3, 9 |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2, 3, 9 |
| | | ☐ A6190  Election Contest | 2 |
| | | ☐ A6110  Petition for Change of Name/Change of Gender | 2, 7 |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2, 3, 8 |
| | | ☐ A6100  Other Civil Petition | 2, 9 |

LACIV 109 (Rev 2/16)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 3 of 4

**EXHIBIT A TO MCLAUGHLIN DECL. - PAGE 10**

| SHORT TITLE:<br>Elhan v. Allstate | CASE NUMBER |
|---|---|

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address which is the basis for the filing location, including zip code. (No address required for class action cases).

| REASON:<br><br>☐ 1. ☐ 2. ☐ 3. ☐ 4. ☒ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☐ 11. | ADDRESS:<br>261 E. Colorado Blvd. |
|---|---|
| CITY:<br>Pasadena | STATE:<br>CA | ZIP CODE:<br>91101 | |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the ___North Central Judicial___ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: June 3, 2019

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet, Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 02/16).
5. Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.
6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

EXHIBIT A TO MCLAUGHLIN DECL. - PAGE 11

Electronically FILED by Superior Court of California, County of Los Angeles on 06/04/2019 01:50 PM Sherri R. Carter, Executive Officer/Clerk of Court, by S. Alarcon Deputy Clerk

Case 2:19-cv-05961-RGK-JC Document 1-2 Filed 07/10/19 Page 11 of 29 Page ID #:19

Assigned for all purposes to: Glendale Courthouse, Judicial Officer: Curtis Kin

**PLD-C-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Richard J. Foster (SBN: 100710)<br>Law Offices of Richard J. Foster<br>500 E. Pacific Coast Hwy Suite 210A<br>Seal Beach, CA 90740<br>TELEPHONE NO: 562-598-9200    FAX NO. *(Optional)*: 562-598-9219<br>E-MAIL ADDRESS *(Optional)*: foster@fosterlawandsports.com<br>ATTORNEY FOR *(Name)*: Ahmad Elhan | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles |
|---|
| STREET ADDRESS: 600 E. Broadway |
| MAILING ADDRESS: " " |
| CITY AND ZIP CODE: Glendale, CA 91206 |
| BRANCH NAME: Glendale Courthouse |

| PLAINTIFF: Ahmad Elhan |
|---|
| DEFENDANT: Allstate Insurance Company |
| ☑ DOES 1 TO 10 |

| CONTRACT | |
|---|---|
| ☑ **COMPLAINT** | ☐ **AMENDED COMPLAINT** *(Number):* |
| ☐ **CROSS-COMPLAINT** | ☐ **AMENDED CROSS-COMPLAINT** *(Number):* |

| Jurisdiction *(check all that apply)*: | CASE NUMBER: |
|---|---|
| ☐ **ACTION IS A LIMITED CIVIL CASE**<br>   Amount demanded ☐ does not exceed $10,000<br>                        ☐ exceeds $10,000 but does not exceed $25,000<br>☑ **ACTION IS AN UNLIMITED CIVIL CASE  (exceeds $25,000)**<br>☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>         ☐ from limited to unlimited<br>         ☐ from unlimited to limited | |

1. **Plaintiff\*** *(name or names)*:
   Ahmad Elhan

   alleges causes of action against **defendant\*** *(name or names)*:
   Allstate Insurance Company

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. a. Each plaintiff named above is a competent adult
     ☐ except plaintiff *(name)*:
        (1) ☐ a corporation qualified to do business in California
        (2) ☐ an unincorporated entity *(describe)*:
        (3) ☐ other *(specify)*:

   b. ☐ Plaintiff *(name)*:
        a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify)*:

        b. ☐ has complied with all licensing requirements as a licensed *(specify)*:
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
     ☑ except defendant *(name)*:                        ☐ except defendant *(name)*:
        (1) ☐ a business organization, form unknown           (1) ☐ a business organization, form unknown
        (2) ☑ a corporation                                    (2) ☐ a corporation
        (3) ☐ an unincorporated entity *(describe)*:           (3) ☐ an unincorporated entity *(describe)*:
        (4) ☐ a public entity *(describe)*:                    (4) ☐ a public entity *(describe)*:
        (5) ☐ other *(specify)*:                               (5) ☐ other *(specify)*:

\* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.    Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-001 [Rev. January 1, 2007] | **COMPLAINT—Contract** | Code of Civil Procedure, § 425.12 |
|---|---|---|

| SHORT TITLE: | | PLD-C-001 |
|---|---|---|
| Elhan v. Allstate | CASE NUMBER: | |

**4.** *(Continued)*

    b. The true names of defendants sued as Does are unknown to plaintiff.

        (1) ☑ Doe defendants *(specify Doe numbers):* 10 _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.

        (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.

    c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.

    d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

**5.** ☐ Plaintiff is required to comply with a claims statute, **and**

    a. ☐ has complied with applicable claims statutes, *or*

    b. ☐ is excused from complying because *(specify):*

**6.** ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

**7.** This court is the proper court because

    a. ☑ a defendant entered into the contract here.

    b. ☐ a defendant lived here when the contract was entered into.

    c. ☐ a defendant lives here now.

    d. ☑ the contract was to be performed here.

    e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.

    f. ☐ real property that is the subject of this action is located here.

    g. ☐ other *(specify):*

**8.** The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

    ☑ Breach of Contract

    ☐ Common Counts

    ☐ Other *(specify):*

**9.** ☐ Other allegations:

**10.** Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

    a. ☑ damages of: $ 250,000

    b. ☑ interest on the damages

        (1) ☑ according to proof

        (2) ☐ at the rate of *(specify):*      percent per year from *(date):*

    c. ☑ attorney's fees

        (1) ☐ of: $

        (2) ☑ according to proof.

    d. ☐ other *(specify):*

**11.** ☑ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date:  June 3, 2019

Richard J. Foster

        (TYPE OR PRINT NAME)                        ▶             (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]            **COMPLAINT—Contract**            Page 2 of 2

PLD-C-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Elhan v. Allstate | |

First _____ **CAUSE OF ACTION—Breach of Contract**
(number)

ATTACHMENT TO  ☑ Complaint  ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name):* Ahmad Elhan

alleges that on or about *(date):* May 1, 1996
a ☑ written  ☐ oral  ☐ other *(specify):*
agreement was made between *(name parties to agreement):*

☑ A copy of the agreement is attached as Exhibit A, or
☐ The essential terms of the agreement ☐ are stated in Attachment BC-1 ☐ are as follows *(specify):*

BC-2. On or about *(dates):* July 5, 2016
defendant breached the agreement by ☐ the acts specified in Attachment BC-2 ☑ the following acts
*(specify):*

Wrongfully terminating the contract claiming Plaintiff had engaged in fraud. The State of
California Department of Insurance investigated the fraud claim and determined that no action
was necessary against Plaintiff. Plaintiff is informed and believes that the fraud allegation was a
mere pretext and that the termination was based on Plaintiff's nationality (Plaintiff was born in
Afghanistan), and his religion (Plaintiff is Muslim).

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or
excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
☐ as stated in Attachment BC-4 ☑ as follows *(specify):*
According to proof, but in excess of $250,000.

BC-5. ☑ Plaintiff is entitled to attorney fees by an agreement or a statute
☐ of $
☑ according to proof.

BC-6. ☑ Other:
Interest according to proof.

Page ___3___

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Breach of Contract**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

EXHIBIT A TO MCLAUGHLIN DECL. - PAGE 14

# ALLSTATE R3001 EXCLUSIVE AGENCY AGREEMENT

This Agreement is between ALLSTATE INSURANCE COMPANY and such affiliates and subsidiaries as are named in the Supplement for the R3001 Agreement (referred to in this Agreement as "the Company") and ___*AHMAD   H. ELHAN*_____ (referred to in this Agreement as "you").

The Company and you agree as follows:

I.   **AUTHORITY:**

A.   Effective _*May. 1*_____, 19_96_, the Company appoints you as its agent to represent the Company in the Exclusive Agency Program. You are authorized on behalf of the Company, during the term of this Agreement, to receive and accept, subject to such restrictions on binding authority as may be established by the Company, applications for insurance covering such classes of risks located in the state(s) of ___*Ca.*_____ as the Company may from time to time authorize to be written. You are also authorized to sell products specified by the Company through the companies specified in the Supplement for the R3001 Agreement (referred to in this Agreement as "Company Business"). The Company will own all business produced under the terms of this Agreement. You will not represent yourself as having any authority other than that specifically granted to you by the Company. You will not alter any contract or incur any expense or obligation for the Company without prior written approval from the Company.

B.   You are an independent contractor for all purposes and not an employee of the Company. You will have full control of your time and the right to exercise independent judgment as to the time, place, and manner of performing your duties under this Agreement.

C.   This Agreement is the sole and entire agency agreement between the Company and you, and it supersedes and replaces any prior employment, agency, or other agreement between the Company and you. This Agreement also supersedes any prior oral statements and representations by the Company to you and any prior written statements and representations by the Company to you in letters, manuals, booklets, memoranda, or any other format.

D.   The Supplement for the R3001 Agreement ("Supplement") and the Exclusive Agent Independent Contractor Manual ("Manual"), as they may be amended from time to time, are expressly incorporated in their entirety as part of this Agreement. The Company reserves the right to amend the Supplement and Manual at any time without prior notice to you, except that notice regarding changes to commission amounts will be given as indicated in Section XIV.

E.   You will not, either directly or indirectly, solicit, sell, or service insurance of any kind for any other company, agent, or broker, or refer a prospect to another company, agent, or broker, without the prior written approval of the Company. You may, however, write applications for insurance under an assigned risk, cooperative industry, or government established residual market plan or facility.

F.   The Company will determine in its sole discretion all matters relating to its business and the operation of the Company, including, but not limited to, the following:

1

R3001-2   3/1/93
SALE   PROPRIETARY

1. The determination of contract forms and provisions, premiums, fees, and charges for insurance and other Company Business;

2. The acceptance or rejection of any application;

3. The termination or modification of any contract or the refusal to renew any contract;

4. The limitation, restriction, or discontinuance of the writing or selling of any policies, coverages, lines, or kinds of insurance or other Company Business; and

5. The obtaining of any licenses of the Company or the Company's withdrawal from any state, jurisdiction, or territory.

## II.   DUTIES AND CONDITIONS:

A. You will act as an agent of the Company for the purpose of soliciting, selling, and servicing insurance and other Company Business in accordance with the provisions of this Agreement. As an agent of the Company, you will provide customer service, including the collection of payments, for any and all Company policyholders and you will assist in claims administration.

B. You will record, transmit, and process insurance and Company Business in the manner prescribed in the then current provisions of the Supplement.

C. You agree to maintain any required agent license in the state or states in which you are appointed to represent the Company and to comply with all laws affecting your operation.

D. The Company recognizes that you may, in your sole discretion, arrange to have business conducted at your sales location in your absence by your own employees or other persons and that the time during which you are physically present at your sales location is entirely in your sole discretion. You must, however, remain actively involved in the conduct of business at your sales location.

## III.   YOUR EMPLOYEES:

A. You have no authority to employ persons on behalf of the Company, and no employee of yours will be deemed to be an employee or agent of the Company, such employees at all times remaining your employees. You have sole and exclusive control over your labor and employee relations policies, and your policies relating to wages, hours, and working conditions of your employees. You have the sole and exclusive right to hire, transfer, suspend, lay off, recall, promote, assign, discipline, and discharge your employees.

B. You are solely responsible for all salaries and other compensation of all your employees and will make all necessary salary deductions and withholdings from your employees' salaries and other compensation. You are solely responsible for the payment of any and all contributions, taxes, and assessments, and all other requirements of the federal Social Security, federal and state unemployment compensation, and federal, state, and local withholding of income tax laws on all salary and other compensation of your employees.

C. You will comply with all other contracts, federal, state or local laws, ordinances, rules, or regulations regarding your employees, including federal or state laws or regulations regarding minimum compensation, overtime, and equal opportunities for employment. In particular, you warrant and agree to comply with the terms of the federal and state Civil Rights Acts, Age Discrimination in Employment Act, Americans With Disabilities Act, Occupational Safety and Health Act, Immigration Reform and Control Act, and the Fair Labor Standards Act.

D. You agree and warrant that your employees, while working in connection with this Agreement, will comply with any and all applicable federal, state, or local laws, rules, regulations, and ordinances.



2

IV.   COMPANY PROPERTY, CONFIDENTIALITY:

A.   The Company may furnish you the names and addresses of, and other information concerning, current or prospective policyholders. You may, in your sole discretion, arrange to sell Company insurance to such persons, but you will not be required to do so. The Company will furnish you such forms, manuals, records, and other materials and supplies as the Company deems advisable to assist you. All such property and information furnished by the Company will remain the property of the Company. In addition, the Company will offer, at your expense, such additional materials and supplies as the Company feels may be helpful to you.

B.   You agree that you will not at any time or in any manner, directly or indirectly, disclose to any third party or permit any third party to access any confidential information or any information containing trade secrets concerning any matters affecting or relating to the pursuits of the Company, except upon direct written authority of the Company. Furthermore, upon termination of this Agreement, you agree to continue to treat as confidential any information concerning any matters affecting or relating to the pursuits of the Company that is not otherwise lawfully available to the public and that has been obtained by you during the term of this Agreement.

C.   You agree that you will not disclose or grant access to any confidential information or trade secrets to any employee or other person working in connection with this Agreement, unless such employee or other person has signed a copy of the Confidentiality and Non-Competition Agreement attached as Appendix A and you have forwarded a copy of the signed agreement to the Company.

D.   Confidential information includes, but is not limited to, business plans of the Company; information regarding the names, addresses, and ages of policyholders of the Company; types of policies; amounts of insurance; premium amounts; the description and location of insured property; the expiration or renewal dates of policies; policyholder listings and any policyholder information subject to any privacy law; claim information; and certain information and material identified by the Company as confidential or information considered a trade secret within the meaning of the Illinois Trade Secrets Act. All such confidential information is wholly owned by the Company. Such confidential information may be used by you only for the purposes of carrying out the provisions of this Agreement.

E.   Any confidential information or trade secrets recorded on paper, electronic data file, or any other medium, whether provided by the Company or by you, is the exclusive property of the Company, as is any such medium and any copy of such medium. .

F.   You recognize that a breach of the foregoing provisions will cause irreparable damage to the Company's business and that such damage is difficult or impossible to measure. You agree that in the event of such breach, the Company, in addition to such other rights and remedies it may have, may apply to any court of competent jurisdiction for an order granting injunctive relief against any act which would violate any such provision.

V.   SALES LOCATION:

A.   You may select your sales location, within a geographical area specified by the Company, subject to Company approval. Initially, you have selected the location at _9805. ARROYO PKWY_ _Pasadena    Ca    91105_ and such sales location has been approved by the Company. You agree that you will not establish any additional sales location without the prior approval of the Company. You understand that you have no exclusive territorial rights in connection with your sales location.

B.   You agree to keep your sales location open for business as appropriate in the market to provide a proper level of customer service.

C.   You are authorized to sell insurance offered by the Company and Company Business only in the state containing your sales location and other states in which you are properly licensed and appointed as an agent by the Company.

3

## VI.   ADVERTISING:



A.   The Company will advertise its products and provide promotional material in accordance with its advertising policies. You may also advertise in your sole discretion, subject to the requirements in paragraph B. below.

B.   You will submit all signs and advertising copy, including, but not limited to, sales brochures, display advertisements in telephone directories, newspaper advertisements, radio and television commercials, all sales promotional plans and devices, and all customer contract forms, guarantee certificates and other forms and materials to the Company for approval, if they use or contain any reference to any service mark or trade name of the Company. You will not use any such advertising material or sales promotional plan or device without obtaining prior written approval from the Company. The Company has the right to disapprove any or all of the aforesaid advertising forms and other materials insofar as they, in the exclusive judgment of the Company, do not conform to Company policy regarding use of Company service marks or trade names; may subject the Company to liability or loss of goodwill; may damage the reputation of the Company or Company customer relations; may fail to adhere to the requirements of any federal, state, or local governmental rules, regulations, or laws; may fail to conform to community or Company standards of good taste and honest dealing; or may be detrimental to the business interests of the Company.

## VII.   SERVICE MARK AND TRADE NAME PROTECTION:

A.   You agree to cooperate fully in the quality control program conducted by the Company relating to the use of its service marks and trade names and the nature and quality of services rendered and goods distributed under its service marks and trade names. The Company will have the right to specify, delineate, or limit the services or goods on, or in connection with, which you may use any of its service marks or trade names. In the event that the nature or the quality of the services or goods on, or in connection with, which you use any of the service marks or trade names of the Company is not acceptable to the Company, then the Company will have the right to require you to institute appropriate procedures to correct any deficiencies noted by the Company.

B.   You agree, at the request and expense of the Company, to assist the Company in protecting and enforcing the rights of the Company in and to any and all of its service marks and trade names which you may then be using. 

C.   You agree that you will hold the Company harmless and indemnify it for any and all liability with respect to your use of any and all of the Company's service marks or trade names.. You will not in any manner encumber, alienate, license, or transfer to any other entity any right whatsoever concerning the service marks or trade names the Company authorizes you to use in the performance of this Agreement, except as permitted in Section XV.

## VIII.   EXPENSES:

You will be responsible for the payment of all expenses that you incur in the performance of this Agreement including: expenses for your sales location, supplies not furnished by the Company, compensation of your employees or other assisting persons whom you engage, telephone, postage, and advertising expenses incurred at your direction, and all other charges and expenses.

## IX.   TELEPHONE:

All telephone numbers used in connection with business conducted pursuant to this Agreement and all goodwill associated with them inure to the benefit of the Company. Such numbers must be separate from phone numbers used by you for any other business operation.

## X.   INDEMNIFICATION:

A.   The Company will defend and indemnify you against liability, including the cost of defense and settlements, imposed on you by law for damages sustained by policyholders and caused by acts or omissions of the

4

Company, provided that you have not caused or contributed to cause such liability by your acts or omissions. You agree, as a condition to such indemnification, to notify the Company promptly of any claim or suit against you and to allow the Company to make such investigation, settlement, or defense as the Company deems prudent. The Company reserves the right to select counsel to represent you in any such action. You also agree to cooperate fully with the Company in any such investigation, settlement, or defense.

B. You will indemnify the Company against liability, including the cost of defense and settlements, imposed on the Company by law for damages sustained by any person and caused by your acts or omissions, or those of any employee or other person working in connection with this Agreement, provided that the Company has not caused or contributed to cause such liability by its acts or omissions. The Company agrees, as a condition to such indemnification, to notify you promptly of any claim or suit against the Company and to allow you to make such investigation or settlement as you deem prudent. The Company agrees to cooperate fully with you in any such investigation or settlement. The Company reserves the right to select counsel to represent it in any such action and to make such investigation or settlement as the Company deems prudent.

## XI. INSURANCE:

A. You agree that you will, at your sole expense, obtain and maintain during the term of this Agreement policies of insurance as described in the Supplement, as may be amended from time to time. Such policies must be obtained from companies satisfactory to the Company and must be adequate to protect against all expenses, claims, actions, liabilities, and losses related to the subjects covered by the required policies.

B. Where specified, each policy must name the Company as an additional insured and must contain a severability of interest/cross liability endorsement. Each policy must also expressly provide that it will not be subject to material change or cancellation without at least 30 days prior written notice to the Company.

C. You must furnish the Company with proof of insurance upon request by the Company. If, in the Company's opinion, such policies do not afford adequate protection for the Company, the Company will so advise you, and if you do not furnish evidence of acceptable coverage within 15 days, the Company will have the right to obtain additional insurance at your expense and deduct the cost of such insurance from monies owed you by the Company.

## XII. POLICIES IN YOUR ACCOUNT:

Policies which are credited to your account are described in the Supplement. The Company will leave in your account all policies credited to your account so long as the policyholder resides within a state in which you are licensed and appointed by the Company, except that the Company may transfer any policy to the account of another agent of the Company when a policyholder has made a request for such transfer.

## XIII. MONEY COLLECTED BY YOU:

All payments collected or received by you in the performance of this Agreement are the property of the Company, will be treated as trust funds, and will be promptly transmitted to the Company without deduction for any purpose. You agree to maintain an account for such funds in a financial institution, which the Company may review and audit at any time. You must maintain accurate records and current remittance reports. You may commingle Company funds with business operating funds where permitted by law.

## XIV. COMPENSATION:

A. The sole compensation to which you will be entitled for services rendered pursuant to this Agreement will be the commissions set forth in the Supplement, as may be amended from time to time. The Company will pay you your commissions at the time and in the manner set forth in the Supplement. However, due to the inherent uncertainty of business conditions, the Company reserves the right to increase or decrease any commission amounts and to change the commission rules. If the Company changes commission amounts,

5

it will provide you with written notice of the changes at least 90 days prior to the date on which they are to become effective.

B.   The Company may provide you with such bonuses, awards, prizes, and other remuneration based on performance, if any, as it may prescribe in its sole discretion. 

C.   If any application for insurance is rejected, or any policy is surrendered or canceled, in whole or in part, for any reason, before the expiration of the policy period, or if any premium is reduced or any overpayment made to you, the commissions paid to you on the amount returned or credited to the policyholder, or the amount overpaid to you, will constitute an indebtedness of yours to the Company and will be charged to you or recovered from you by reducing any future commissions, awards, or bonuses due you.

## XV.   TRANSFER OF INTEREST IN AGREEMENT:

A.   This Agreement is personal to you and is being entered into in reliance upon and in consideration of your skill, qualifications, and representations. Accordingly, you may not execute a transfer of your interest in this Agreement without the prior written approval of the Company. A transfer of interest is described in the Supplement and includes, but is not limited to, any sale, merger, or assignment, in whole or in part, directly, indirectly, or contingently, of this Agreement or any rights or obligations under it. You have the obligation to notify the Company of a proposed transfer and to request Company approval. The Company retains the right in its exclusive judgment to approve or disapprove such a transfer.

B.   Approval of a proposed transfer of your entire interest in this Agreement will be conditioned upon the termination of this Agreement and the execution of a then current agency agreement by the proposed transferee.

C.   Policies in your account (Section XII. above) and any applicable rights to termination payments will be transferred to an approved transferee.

## XVI.   TERMINATION OF AGREEMENT:

A.   This Agreement will be terminated automatically:

1.   On the effective date of any transfer of interest, whether approved or not, as described in Section XV. above;

2.   Upon your death or permanent incapacity;

3.   Upon your loss of any required agent license; or

4.   Upon the surrender of or the election not to renew the Company's license to sell insurance in all lines in the state in which your sales location is located.

B.   This Agreement may be terminated:

1.   At any time by mutual agreement of the parties in writing;

2.   By either party, upon providing 90 days prior written notice to the other, or such greater number of days as is required by law. Once written notice of termination has been given by either party, you will, immediately upon request of the Company, cease to act or to represent yourself in any way as an agent or representative of the Company, but you will receive compensation pursuant to Section XIV. from the Company for the period up to and including the specified termination date; or

3.   By the Company, for cause, immediately upon providing written notice to you. Cause may include, but is not limited to, breach of this Agreement, fraud, forgery, misrepresentation or conviction of a felony. The list of examples of cause just stated shall not be construed to exclude any other possible ground as cause for termination. 

6

EXHIBIT A TO MCLAUGHLIN DECL. - PAGE 20

## XVII.  OBLIGATIONS UPON TERMINATION OF AGREEMENT:

Except as otherwise provided in a subsequent agreement between you and the Company, upon termination of this Agreement, you agree that:

A.    You will not act or represent yourself in any way as an agent or representative of the Company.

B.    You will immediately return all property belonging to the Company, or dispose of it in such manner as the Company specifies.

C.    You will immediately cease to use such telephone numbers referenced in Section IX. above and execute an Order of Transfer of Responsibility for such numbers in your name to the Company or to any party the Company designates, and you will immediately notify the telephone company of any such transfer. You will be responsible for all charges incurred up to the date of execution of the transfer.

D.    For a period of one year following termination, you will not solicit the purchase of products or services in competition with those sold by the Company:

   1.   With respect to any person, company, or organization to whom you sold insurance or other products or services on behalf of the Company and who is a customer of the Company at the time of termination of the Agreement;

   2.   With respect to any person, company, or organization who is a customer of the Company at the time of termination of this Agreement and whose identity was discovered as a result of your status as a Company agent or as a result of your access to confidential information of the Company; or

   3.   From any office or business site located within one mile of any locations from which you solicited or sold Company insurance or other products or services during the year immediately preceding termination of this Agreement.

In the event that such one year period or one mile distance exceeds the time or distance permitted by any applicable law, such period or distance will be automatically adjusted to the maximum period or distance permitted by such law. If any other provision in this paragraph D. conflicts with any existing law, it will be applied to the extent permitted by such law.

E.    You will immediately cease and desist from any and all use of Company service marks and trade names. You will immediately return to the Company all property in your possession or under your control bearing any Company service mark or trade name, or dispose of it in such manner as the Company specifies.

F.    You recognize that a breach of any of the foregoing provisions will cause irreparable damage to the Company's business and that such damage will be difficult or impossible to measure. You agree that in the event of any such breach, the Company, in addition to such other rights and remedies as it may have, may apply to any court of competent jurisdiction for an order requiring specific performance of the foregoing provisions or granting injunctive relief against any act which would violate any such provision.

G.    You recognize and acknowledge that each of the foregoing provisions of this Section XVII. is reasonable and necessary to protect and preserve the legitimate business interests of the Company, its present and potential business activities, and the economic benefits derived therefrom. You recognize and acknowledge that the foregoing provisions will not prevent you from earning a livelihood and are not an undue restraint on you.

## XVIII.  TERMINATION PAYMENT OPTIONS:

A.    In the event that this Agreement is terminated due to the Company's approval of a transfer of interest (Section XVI. A. (1) above), you are not eligible for any termination payments from the Company.

B.    In the event that this Agreement is terminated:

7

1.   Automatically due to an unapproved transfer of interest (Section XVI. A. (1) above);

2.   Immediately by the Company for cause (Section XVI. B. (3) above); or

3.   By the mutual agreement of you and the Company (Section XVI. B. (1) above), 

the Company will compute a termination payment amount for you. The computation and payment of this amount are subject to the conditions set forth below and the rules and definitions in the Supplement. The termination payment amount for each eligible line of insurance will be computed as follows:

earned premiums for personally secured property and casualty policies and new net written premium for personally secured life policies as specified in then current Supplement and recorded in your account in the full 12 calendar months preceding the effective date of termination of this Agreement

multiplied by

1.5 times the then current renewal commission percentage for property and casualty policies, as specified in the then current Supplement and 1.5 times the percentage specified in the then current supplement for life policies; plus renewal credits on personally secured life policies recorded in your account in the full 12 calendar months preceding the effective date of termination of this Agreement, as specified in the then current Supplement

multiplied by 1.5.

C.   For the purpose of computing the termination payment described in paragraph B. above, premiums for policies issued pursuant to any assigned risk, cooperative industry, or government established residual market plan or facility, or premiums or credits for policies issued under any agreement other than the R3000, R3001, R3001A, and R3001B agreements will be excluded.

D.   In the event that this Agreement is terminated for any reason except an approved transfer of interest, and the Company has surrendered or elected not to renew its license to sell insurance in one or more lines in a state in which you are appointed as a Company agent, a termination payment will be calculated for you as described in paragraph B. above for any line of insurance in any other state in which the Company has an active license for that line and in which you held an appointment on the effective date of termination of this Agreement. 

E.   In the event that this Agreement is terminated:

1.   Automatically due to:

a.   Your death or permanent incapacity (Section XVI. A. (2) above); or

b.   Your loss of any required agent license (Section XVI. A. (3) above);

or

2.   Due to either party giving 90 days written notice to the other (Section XVI. B. (2) above);

then you or your legal representative will have up to ninety (90) days from the date of the automatic termination or notification of termination to either:

1.   Accept the termination payment described in paragraph B. above (This termination will then be considered to be a termination based on the mutual agreement of both parties.); or

2.   Transfer your interest in this Agreement, subject to the notice and approval requirements in Section XV. above. (This termination will then be considered to be a termination based on an approved transfer, and treated as in paragraph A. above.) 

8

F.  The payment provided for in paragraph B. will be made in 12 monthly installments, subject to appropr
    adjustments, beginning no later than the end of the month after the month in which all property,
    confidential information, and trade secrets belonging to the Company have been returned or made
    available for return to the Company or its authorized representative, or have been disposed of in such
    manner as the Company specifies.

G.  If you qualify for payment by the Company under paragraph F. above, you shall qualify for and continue to
    receive the remaining monthly installments from the Company, so long as you continue to comply with the
    provisions of Section IV. and Section XVII. above. In the event that you breach or violate any of the
    provisions of Section IV. or Section XVII. above, the Company shall be entitled to withhold remaining
    monthly installments, if any, and to receive from you liquidated damages in an amount equal to 100 percent
    of the total amount already paid to you in monthly installments, plus the attorneys' fees and expenses
    incurred by the Company in enforcing the provisions of Section IV. or Section XVII.

## XIX.  NOTICE:

All notices will be deemed to have been given if personally delivered, sent by facsimile transmission, or mailed
as follows:

if to the Company: Allstate Insurance Company

10801 Gold Center Dr #400
Rancho Cordova, CA 95741
Attention: Human Resources

if to you:

261 E. Colorado Blvd #218
Pasadena, CA 91101

or to such other person or address as any party may furnish or designate to the other in writing.

## XX.  GENERAL PROVISIONS:

A.  This Agreement may not be modified except by a written agreement between the Company and you which
    expressly states that it modifies this Agreement. No other written statements, representations, or
    agreements and no oral statements, representations, or agreements will be effective to modify this
    Agreement. No representative of the Company will have authority to modify this Agreement except as
    provided in this Section XX. Nothing in this Section will affect the Company's right to amend the
    Supplement, as provided in Section I. D.

B.  You acknowledge that you have reviewed the Supplement and Manual and that you have an ongoing
    responsibility to review all changes to the Supplement and Manual issued by the Company.

C.  References in this Agreement to the Supplement and Manual are references to the Supplement and Manual
    including any changes which may be made from time to time and distributed to you by the Company.

D.  You acknowledge that you have read this Allstate R3001 Exclusive Agency Agreement, understand it, and
    agree to be bound by its terms.

E.  The authority granted to you under this Agreement is nonexclusive. The term "Exclusive" as used in the title
    of this Agreement refers to the obligations assumed by you under Section I. E.

F.  The descriptive headings of this Agreement are intended for reference only and will not affect the
    construction or interpretation of this Agreement.

9

G.   If any provision or part of this Agreement is held invalid for any reason, such invalidity will not affect any other provision or part of this Agreement not held invalid, and such remaining provisions and parts will remain in full force and effect.

H.   The failure of either party to insist upon the performance of any of the terms of this Agreement in any one or  more instances will not be construed as a waiver or relinquishment of the future performance of any such term. The obligation of the parties with respect to any such future performance will continue in full force and effect.

I.   This Agreement will inure to the benefit of and will be binding upon the parties and their respective successors.

J.   This Agreement may be executed in counterparts, each of which will be deemed an original.

IN WITNESS WHEREOF, the Company has caused this Agreement to be executed by its authorized representative and you hereby accept the terms of this Agreement.

ALLSTATE INSURANCE COMPANY

_T. Romano_
(manager)

_3-18-96_
(date)

YOU

_AHMAD H. ELHAN_
(name)

_3-11-96_
(date)

10



## Superior Court of California, County of Los Angeles

---

# ALTERNATIVE DISPUTE RESOLUTION (ADR)
# INFORMATION PACKAGE

**THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**

**CROSS-COMPLAINANTS** must serve this ADR information Package on any new parties named to the action with the cross-complaint.

---

### What is ADR?
ADR helps people find solutions to their legal disputes without going to trial. The main types of ADR are negotiation, mediation, arbitration and settlement conferences. When ADR is done by phone or computer, it may be called Online Dispute Resolution (ODR). These "alternatives" to litigation and trial are described below.

### Advantages of ADR
- **Saves Time:** ADR is faster than going to trial.
- **Saves Money:** Parties can save on court costs, attorney's fees and witness fees.
- **Keeps Control** with the parties: Parties choose their ADR process and provider for voluntary ADR.
- **Reduces stress/protects privacy:** ADR is done outside the courtroom, in private offices, by phone or online.

### Disadvantages of ADR
- **Costs:** If the parties do not resolve their dispute, they may have to pay for ADR and litigation and trial.
- **No Public Trial:** ADR does not provide a public trial or a decision by a judge or jury.

### Main Types of ADR:
1. **Negotiation:** Parties often talk with each other in person, or by phone or online about resolving their case with a settlement agreement instead of a trial. If the parties have lawyers, they will negotiate for their clients.

2. **Mediation:** In mediation, a neutral "mediator" listens to each person's concerns, helps them evaluate the strengths and weaknesses of their case, and works with them to try to create a settlement agreement that is acceptable to all. Mediators do not decide the outcome. Parties may go to trial if they decide not to settle.

> **Mediation may be appropriate when the parties**
> - want to work out a solution but need help from a neutral person.
> - have communication problems or strong emotions that interfere with resolution.
>
> **Mediation may not be appropriate when the parties**
> - want a public trial and want a judge or jury to decide the outcome.
> - lack equal bargaining power or have a history of physical/emotional abuse.

LASC1

LASC CIV 271 NEW 03/19
For Mandatory Use
California Rules of Court, rule 3.221

---

**How to arrange mediation in Los Angeles County**

Mediation for civil cases is voluntary and parties may select any mediator they wish. Options include:

a. **The Civil Mediation Vendor Resource List**
     Parties may contact these organizations to request a "Resource List Mediation" for reduced-cost or
        free (for selected cases) mediation in person or with ODR (by phone or online).

   - JAMS, Inc.: **Case Manager (213) 253-9776  mdawson@jamsadr.com**
   - Mediation Center of Los Angeles: **Case Manager: (833) 476-9145  info@mediationLA.org**

   **These organizations cannot accept every case and they may decline cases at their discretion.**
      Visit www.lacourt.org/ADR.Res.List for important information and FAQs before contacting them.
      NOTE:  This service is not available for family law, probate or small claims.

b. **Los Angeles County Dispute Resolution Programs**
     https://wdacs.lacounty.gov/programs/drp/
   - Free, day- of- trial mediations at the courthouse for small claims, unlawful detainers (evictions)
     and, at the Stanley Mosk Courthouse, limited civil. No appointment needed.
   - Free or low-cost mediations before the day of trial for these and other case types.
   - For ODR by phone or computer for small claims or unlawful detainer (eviction) cases before the
     day of trial, visit
     http://www.lacourt.org/division/smallclaims/pdf/OnlineDisputeResolutionFlyer-EngSpan.pdf

c. **Mediators and ADR and Bar organizations** that provide mediation may be found on the internet.

---

3. **Arbitration**: Arbitration is less formal than trial, but like trial, the parties present evidence and arguments to the person who decides the outcome. In "binding" arbitration, the arbitrator's decision is final; there is no right to trial. In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision. For more information about arbitration, visit  **http://www.courts.ca.gov/programs-adr.htm**

4. **Mandatory Settlement Conferences (MSC)**: MSCs are ordered by the Court and are often held close to the trial date. The parties and their attorneys meet with a judge or settlement officer who does not make a decision but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. For information about the Court's MSC programs for civil cases, visit: **www.lacourt.org/division/civil/settlement**

**Los Angeles Superior Court ADR website:  www.lacourt.org/division/civil/settlement**
**For general information and videos about ADR, visit http://www.courts.ca.gov/programs-adr.htm**

## APPENDIX A

## CONFIDENTIALITY AND NON-COMPETITION AGREEMENT

This Confidentiality and Non-Competition Agreement ("Agreement") is entered into this _____*18*____ day of ____*May*____, 199*6* by and between _____ (referred to in this Agreement as "Service Provider"), and ___*Ahmad Elhan*_____ (referred to in this Agreement as "Agent"), and Allstate Insurance Company as a direct third party beneficiary of this Agreement (referred to in this Agreement as "the Company").

WHEREAS, the Company has entered into an agency agreement appointing Agent to act as its agent for the purpose of receiving and accepting applications for insurance and for selling certain specified products of the Company's subsidiaries and affiliates; and

WHEREAS, under the terms of the agency agreement, Agent has agreed to maintain the confidentiality of the Company's confidential information; and

WHEREAS, Agent has employed Service Provider to assist Agent in performing services under the agency agreement; and

WHEREAS, Service Provider will have access to certain confidential information of the Company;

NOW, THEREFORE, for and in consideration of the agreements, covenants, and conditions herein contained, the adequacy and sufficiency of which is expressly acknowledged by each of the parties hereto, the parties agree as follows:

1.  The terms "employed" or "employment" as referred to in this Agreement apply to any service provided by the Service Provider as an employee, independent contractor, or in any other capacity.

2.  Service Provider acknowledges that while assisting Agent in performing services under the agency agreement, Service Provider will have access to or will have disclosed to him/her confidential information concerning the Company, the disclosure of which could be harmful to the Company.

3.  Confidential information includes, but is not limited to, business plans of the Company; information regarding the names, addresses, and ages of policyholders or prospective policyholders of the Company; types of policies; amounts of insurance; premium amounts; the description and location of insured property; the expiration or renewal dates of policies; policyholder listings and any policyholder information subject to any privacy law; claim information; and certain information and material identified by the Company as confidential or information considered a trade secret within the meaning of the Illinois Trade Secrets Act. Confidential information may be oral or recorded on paper, electronic data file, or any other medium.

4.  Service Provider agrees that he/she will not at any time or in any manner, directly or indirectly, disclose to any third party or permit any third party to access any confidential information, except upon the written consent of the Company; nor will Service Provider use any confidential information for his/her own benefit, except for the purposes of assisting Agent in performing services under the agency agreement.

5.  Any and all confidential information and all Company forms, manuals, records, and other materials and supplies furnished to Service Provider by the Agent will at all times remain the property of the Company and will be returned to the Company at any time upon the demand of the Company or upon the termination of Service Provider's employment by Agent.

6.  Upon the termination of Service Provider's employment by Agent, Service Provider agrees to continue to treat as confidential any information concerning any matters affecting or relating to the pursuits of the Company that is not otherwise lawfully available to the public and that was obtained by Service Provider while employed by the Agent.

11

7. For a period of one year following the termination of Service Provider's employment by the Agent, Service Provider agrees not to solicit the purchase of products or services in competition with those sold by the Company:

1. With respect to any person, company, or organization to whom Agent, or any person employed by Agent, including Service Provider, sold insurance or other products or services on behalf of the Company, and who is a customer of the Company at the time of the termination; or 

2. With respect to any person, company, organization who is a customer of the Company at the time of the termination and whose identity was discovered as a result of access to confidential information of the Company; or

3. From any office or business site located within one mile of any locations from which the Agent solicited or sold Company insurance or other products or services during the year immediately preceding the termination.

   In the event that such one year period or one mile distance exceeds the time or distance permitted by any applicable law, such period or distance will be automatically adjusted to the maximum period or distance permitted by such law. If any other provision in this paragraph 7 conflicts with any existing law, it will be applied to the extent permitted by such law.

8. Upon the termination of Service Provider's employment by Agent, Service Provider will immediately cease and desist from any and all use of Company service marks and trade names. Service Provider will immediately return to the Agent or the Company all property bearing any company service marks or trade names, or dispose of such materials in the manner specified by the Company. If requested by the Company, Service Provider will execute an Order of Transfer of Responsibility for any telephone numbers in the Service Provider's name which were used in connection with the conduct of business on behalf of the Company.

9. While employed by Agent, Service Provider agrees that he/she will not either directly or indirectly, solicit, sell or service insurance of any kind for any other company, agent or broker, or refer a prospect to another company, agent or broker without the prior written consent of the Company.

10. Service Provider recognizes that a breach of any of the foregoing provisions will cause irreparable damage to the Company's business and that such damage will be difficult or impossible to measure. Service Provider agrees that in the event of any such breach, in addition to such other rights and remedies as it may have, may apply to any court of competent jurisdiction for an order requiring specific performance of the foregoing provisions or granting injunctive relief against any act which would violate any such provision.

IN WITNESS WHEREOF, the parties hereby accept the terms of this Agreement.

Accepted by:

| SERVICE PROVIDER | AGENT | ALLSTATE INSURANCE COMPANY |
|---|---|---|
| | _Elham H Ahmad_ | _T. Romano_ |
| (name) | (name) | (manager) |
| | _3-18-96_ | _3-18-96_ |
| (date) | (date) | (date) |

3/1/93   R2459-1

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Glendale Courthouse<br>600 East Broadway, Glendale, CA 91206 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>**06/04/2019**<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____ Sandra Alarcon _____ Deputy |
| NOTICE OF CASE ASSIGNMENT<br><br>UNLIMITED CIVIL CASE | |
| **Your case is assigned for all purposes to the judicial officer indicated below.** | CASE NUMBER:<br>19GDCV00731 |

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|---|
| ✔ | Curtis A. Kin | E | | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record

on 06/04/2019
   (Date)

LACIV 190 (Rev 6/18)
LASC Approved 05/06

Sherri R. Carter, Executive Officer / Clerk of Court

By Sandra Alarcon      , Deputy Clerk

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

**EXHIBIT A TO MCLAUGHLIN DECL. - PAGE 29**

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within 15 days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

**EXHIBIT A TO MCLAUGHLIN DECL. - PAGE 30**