JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AHMAD ELHAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY and DOES 1 through 10,<br><br>　　　　　Defendants. | CASE NO.: 2:19-cv-05961 RGK (JCx)<br><br>District Judge: Hon. R. Gary Klausner<br>Magistrate Judge: Hon. Jacqueline Chooljian<br><br>**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL PURSUANT TO FRCP RULE 41(a)**<br><br>[Filed and served concurrently with: Stipulation to Continue Trial and Trial Deadlines]<br><br>Amended Complaint Filed: 8/14/2019<br><br>Trial Date: 9/29/2020 |

## ORDER

Upon ~~hearing and~~ review of Plaintiff Ahmad Elhan's ("Plaintiff") and Defendant Allstate Insurance Company's ("Defendant") Stipulation of Dismissal Pursuant to FRCP Rule 41(a), and for good cause shown, this Court rules as follows:

1

1. All claims referenced and asserted in the above-referenced action shall be dismissed with prejudice;
2. Per the agreement between the parties, the United States District Court, Central District, shall retain jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Dated: August __18____, 2020

*Gary Klausner*

_____
United States District Judge